THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE E. TOWNSEND, an individual,

    Plaintiff,

v.

PENN MUTUAL LIFE INSURANCE COMPANY, a foreign corporation,

    Defendant.

Case No. 2:17-cv-00810-JLR

**STIPULATION AND ORDER OF DISMISSAL**

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Plaintiff's claims against Defendant in the above-entitled matter be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description. The parties stipulate to entry of the subjoined order without further notice of presentation to any party.

DATED: 9/28/17

KROONTJE LAW OFFICE, PLLC

By _____ 51419
for Maury A. Kroontje, WSBA No. 22958
Attorneys for Plaintiff

LANE POWELL PC

By _____
Charles C. Huber, WSBA No. 18941
Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL - 1
No. 2:17-cv-00810-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

130870.0001/7089302.1

## ORDER

The parties having stipulated that Plaintiff's claims against Defendant in the above-entitled matter be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without costs.

DATED: September 28, 2017

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:

LANE POWELL PC

By_____
Charles C. Huber, WSBA No. 18941
Attorneys for Defendant

KROONTJE LAW OFFICE, PLLC

By_____ 51419
for Maury A. Kroontje, WSBA No. 22958
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 2
No. 2:17-cv-00810-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

130870.0001/7089302.1

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that on the 28th day of September, 2017, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the CM/ECF participants listed below and any non-CM/ECF participants will be served in accordance with the Federal Rules of Civil Procedure:

Maury A. Kroontje, WSBA No. 22958
Kaya R. Lurie, WSBA No. 51419
Kroontje Law Office, PLLC
1411 Fourth Avenue, Suite 1330
Seattle, WA 98101
T: (206) 624-6212
F: (206) 624-6816
E: maury@kroontje.net; kaya@kroontje.net

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

Executed on the 28th day of September, 2017, at Seattle, Washington.

*s/Charles C. Huber*
Signature of Attorney
WSBA No. 18941
Typed Name: Charles C. Huber
Address: 1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Fax: 206.223.7107
E-mail: huberc@lanepowell.com

STIPULATION AND ORDER OF DISMISSAL - 3
No. 2:17-cv-00810-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

130870.0001/7089302.1